UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -  X

                         :

UNITED STATES OF AMERICA      :

                         :

        - v. -         :   **UNSEALING ORDER**

                         :

AMIR BRUNO ELMAANI,        :   20 Cr. 661 (___)

                         :

    a/k/a "Bruno Block,"     :

                         :

            Defendant.    :

                         :

- - - - - - - - - - - - - - - - -  X

Upon the application of the United States of America, by and through Assistant United States Attorney Drew Skinner, it is hereby ORDERED that Indictment 20 Cr. 661, which was filed under seal on December 7, 2020, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
      December 9, 2020

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE