# U.S. District Court
## Northern District of West Virginia (Martinsburg)
## CRIMINAL DOCKET FOR CASE #: 3:20-mj-00137-RWT All Defendants

Case title: USA v. Elmaani

Date Filed: 12/09/2020
Date Terminated: 12/18/2020

Assigned to: Magistrate Judge Robert W. Trumble

### Defendant (1)

**Amir Bruno Elmaani**  represented by  **Aaron D. Moss**
*TERMINATED: 12/18/2020*                   Federal Public Defender Office - Mtg
*also known as*                            651 Foxcroft Ave
Bruno Block                                Suite 202
*TERMINATED: 12/18/2020*                   Martinsburg, WV 25401
                                           (304) 260-9421
                                           Fax: (304) 260-3716
                                           Email: aaron_moss@fd.org
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Tax Evasion | |

### Plaintiff

| USA | | represented by | **Kimberley D. Crockett**<br>U.S. Attorney's Office - Mrt.<br>U.S. Courthouse<br>217 W. King Street, Suite 400<br>Martinsburg, WV 25401<br>(304) 262-4807<br>Fax: (304) 262-0591<br>Email: Kimberley.D.Crockett@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2020 | | Arrest (Rule 5) of Amir Bruno Elmaani (njz) (Entered: 12/09/2020) |
| 12/09/2020 | 1 | Photocopy of Indictment from the Southern District of New York as to Amir Bruno Elmaani. (Attachments: # 1 Arrest Warrant)(njz) copy to USM, FPD, and USPO (Additional attachment(s) added on 12/9/2020: # 2 Attachment Order to Unseal) (njz). (Entered: 12/09/2020) |
| 12/09/2020 | 2 | PAPERLESS ORDER as to Amir Bruno Elmaani. An Initial Appearance - Rule 5(c)(3) hearing is set for TODAY, WEDNESDAY, 12/9/2020, AT 02:00 PM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 12-9-2020. (dh) (Entered: 12/09/2020) |
| 12/09/2020 | 3 | MOTION for Detention by USA as to Amir Bruno Elmaani. (Attachments: # 1 Proposed Order)(Crockett, Kimberley) (Entered: 12/09/2020) |
| 12/09/2020 | 4 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Magistrate Judge Robert W. Trumble as to Amir Bruno Elmaani. Initial Appearance as to Amir Bruno Elmaani held on 12/9/2020. Detention Hearing set for 12/14/2020 11:45 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Identity Hearing - Rule 40 set for 12/14/2020 11:45 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. (Court Reporter dig recorded.) (njz) (Entered: 12/09/2020) |
| 12/09/2020 | 5 | PAPERLESS ORDER as to Amir Bruno Elmaani. An initial appearance was held on this date. Defendant was REMANDED to the custody of the U.S. Marshal Service. Identity and Detention Hearings are set for MONDAY, 12/14/2020 AT 11:45 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 12-9-2020. (dh) (Entered: 12/09/2020) |
| 12/09/2020 | 6 | |

| | | ORDER temporarily granting 3 Motion for Detention as to Amir Bruno Elmaani (1). Signed by Magistrate Judge Robert W. Trumble on 12/9/20. (njz) copy emailed to USPO and USM (Entered: 12/09/2020) |
|---|---|---|
| 12/10/2020 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Amir Bruno Elmaani. Aaron D. Moss for Amir Bruno Elmaani appointed. Signed by Magistrate Judge Robert W. Trumble on 12/10/20. (njz) copy emailed to FPD, USPO, USM, and mailed to dft. (Entered: 12/10/2020) |
| 12/11/2020 | 8 | PAPERLESS ORDER as to Amir Bruno Elmaani. For Court scheduling purposes due to COVID concerns, Identity and Detention Hearings are RESCHEDULED for MONDAY, 1/4/2021, AT 11:45 AM in Martinsburg Magistrate Judge Courtroom, 1st Floor before Magistrate Judge Robert W. Trumble. Signed by Magistrate Judge Robert W. Trumble on 12-11-2020. (dh) (Entered: 12/11/2020) |
| 12/18/2020 | 9 | WAIVER of Rule 5(c)(3) Hearings by Amir Bruno Elmaani (Moss, Aaron) (Entered: 12/18/2020) |
| 12/18/2020 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Amir Bruno Elmaani. Defendant committed to Southern District of New York. Signed by Judge Magistrate Judge Robert W. Trumble on 12/18/2020. Copy to USM. (cmd) (Entered: 12/18/2020) |
| 12/18/2020 | 11 | NOTICE TO Southern District of New York of a Rule 5, Rule 32, or Rule 40 Appearance as to Amir Bruno Elmaani. Your case number is: 20-CR-661. Public documents may be obtained via PACER. To request restricted documents please email InterdistrictTransfer_WVND@wvnd.uscourts.gov. (cmd) (Entered: 12/18/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/21/2020 09:15:01 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-mj-00137-RWT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**