IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                          Criminal No. 3:20MJ137

AMIR ELMAANI,
          Defendant.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States of America, it is

**ORDERED** that a detention hearing be set at the earliest possible time after the

defendant has had an opportunity to confer with counsel.

Pending this hearing, the defendant shall be held in the custody of the United

States Marshal and produced at the hearing.

**DATED:** 12/9/2020

_____
UNITED STATES MAGISTRATE JUDGE