AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-cr-661 (CM) |
| Amir Bruno Elmaani | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendant, Amir Bruno Elmaani                           .

Date:  01/07/2021

*Attorney's signature*

John W. Mitchell   NY State Bar # 1358175
*Printed name and bar number*

Law Office of John W. Mitchell
P.O. Box 163
201 Long Ridge Road
*Address*

lawofficejwm@gmail.com
*E-mail address*

(914) 234-6260
*Telephone number*

(914) 234-3209
*FAX number*