

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2021

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

    Attached for the Court's consideration is a proposed protective order, which is agreed to by the Government and the defendant, Amir Elmaani, through his counsel.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney for the
                                      Southern District of New York

                                By: _____
                                      Margaret Graham
                                      Drew Skinner
                                      Assistant United States Attorneys
                                      (212) 637-1587

cc: John Mitchell, Esq. (counsel for Elmaani)