

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2021

**BY CM/ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

    The Government writes to respectfully request that the Court adjourn the status conference presently scheduled for March 31, 2021, and set a control date of 60 days from that date. Defense counsel joins in this request. The discovery produced in this case has been voluminous, and defense counsel would like additional time to review the discovery and discuss a potential pretrial disposition of the case with his client.

    The Government requests that time be excluded through the control date under the Speedy Trial Act, 18 U.S.C. § 3161, so that defense counsel may review discovery and engage in these discussions. Defense counsel consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s Margaret Graham_____

Drew Skinner/Margaret Graham
Assistant United States Attorneys
(212) 637-1587/2923