IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF:

THE UNITED STATES OF AMERICA,

Indictment No. 20 Cr 661 (CM)

-v-

AMIR BRUNO ELMAANI
Defendant.

## NOTICE OF BOND ENCUMBRANCE

**TAKE NOTICE** that the following persons have encumbered the hereafter described property upon a surety bond before the Hon. Colleen McMahon, Chief Judge of the United States District Court for the Southern District of New York, The same constitutes a lien upon such property.

**Surety of Bond:** Stephen Bartolomeo and Rita Zare

**Description of Property**: Lot'" B-3," containing 2 . 0018 acres, more or less, as shown upon a plat by Gamma Associates, Engineers, dated April 16, 1985, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book No. 389, at Page 502. And further subdivided and set forth as Lot B-3a and Lot B-3b, and recorded in the aforesaid Clerk's Office in Deed Book 441, at Page 65.

**Amount of Surety provided:** $ 274,000.00.

Given under my hand this 28 day of April 2021.

So Ordered,

Hon. Colleen McMahon, USDJ