## NOTICE OF LIEN

OWNER OF RECORD: <u>SWITCH ESTATE, LLC.</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20 Cr. 661 (CM) |
| | UNITED STATES DISTRICT COURT |
| vs. | <u>SOUTHERN DISTRICT OF NEW YORK</u> |
| <u>AMIR BRUNO ELMAANI</u> | |
| (Name of Defendant) | |
| TO: CITY/TOWN CLERK | RE: PLAT NO. 8B, LOT 1 |
| TOWN OF: | ADDRESS OF PROPERTY: |
| <u>RICHMOND</u> | <u>336 SWITCH ROAD</u> |
| <u>WASHINGTON COUNTY</u> | <u>HOPE VALLEY, RHODE ISLAND 02832</u> |

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 625,000.00. THE AMOUNT OF THE LEIN: $625,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THE HON. COLLEEN McMAHON, CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YROK, TO FILE THIS NOTICE OF LIEN ON PLAT NO. 8, LOT NO. 1 NOTICE OF LIEN IS HEREBY GIVEN.

April 28, 2021

HON. COLLEEN McMAHON
CHIEF JUDGE, UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF
NEW YORK

ASSENT:

AUSA MARGARET GRAHAM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/21