

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2021

**BY CM/ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

    The Government writes to respectfully request that the Court adjourn the status conference presently scheduled for May 26, 2021, and set a control date of 30 days from that date. Defense counsel joins in this request. Defense counsel would like additional time to review the discovery and discuss a potential pretrial disposition of the case with his client.

    The Government requests that time be excluded through the control date under the Speedy Trial Act, 18 U.S.C. § 3161, so that defense counsel may review discovery and engage in these discussions. Defense counsel consents to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

    By: ___/s Margaret Graham_____

    Drew Skinner/Margaret Graham
    Assistant United States Attorneys
    (212) 637-1587/2923