UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

              v.                                       20-CR-661 (CM)

**<u>SCHEDULING ORDER</u>**

Amir Bruno Elmaani,

                      Defendant.

_____

McMahon, J.:

      The Court will hold a remote telephone/video-status conference in this matter,

Wednesday, July 14, 2021, at 10:00 a.m.

      The public and press may listen to the proceeding by telephone at: 888-363-4749;

the access code to enter when prompted is 9054506.

July 13, 2021

_____
                      Colleen McMahon
                      District Court Judge