March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Amir Bruno Elmaani,

                Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-661 (CM)(__)

Defendant __Amir Bruno Elmaani__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

_____       _[signature]_
Defendant's Signature              Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__AMIR BRUNO ELMAANI__         __JOHN W. MITCHELL__
Print Defendant's Name             Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__7/14/21__             _[signature: Colleen McMahon]_
Date             U.S. District Judge/~~U.S. Magistrate Judge~~