Law Offices of
**JOHN W. MITCHELL**
P.O. Box 163
Bedford, New York 10506

Office: (914) 234-6260
Cell: (917) 887-7420

lawofficejwm@gmail.com
http://mitchellnylaw.com

September 21, 2021

**MEMO ENDORSED**

9/21/21
Request to travel
as detailed herein
Granted

*[signed] Colleen McMahon*

**CM/ECF**
The Honorable Colleen McMahon
United States District Judge Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amir Bruno Elmaani, 20 Cr. 661 (CM)*

Dear Judge McMahon:

Defense Counsel writes to respectfully request that the Court grant the Defendant, Amir Elmaani, permission to travel from his home in Martinsburg West Virginia to New York City. The purpose of the trip is to meet with Government Counsel on September 27, 2021 at 12:00 p.m. at the Office of the United States Attorney, 1 Saint Andrews Plaza, New York, New York 10007.

With the Court's permission, Mr. Elmaani would leave West Virginia on September 26th and return to his home on September 28th. The Government has been contacted regarding this request, and it has no objection.

The Court's consideration in this matter is greatly appreciated.

Yours truly,

*[signed]*
John W. Mitchell

Via email:
AUSA Drew Skinner
AUSA Margaret Graham

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/21