**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2021

November 30, 2021

MEMO ENDORSED

12/1/21

Case Adj to January 13, 2022 time Excluded through January 13, in the interest of justice, to allow defendant time to retain New Counsel.

/s/ Colleen McMahon

BY CM/ECF

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

The Government writes to respectfully request that the Court adjourn the status conference presently scheduled for December 6, 2021, to January 13, 2021. Defense counsel does not object to this adjournment.

The Government requests that time be excluded through the control date under the Speedy Trial Act, 18 U.S.C. § 3161, so that the defendant may seek a new attorney.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: ___/s Margaret Graham_____

Drew Skinner/Margaret Graham
Assistant United States Attorneys
(212) 637-1587/2923

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/21