Law Offices of
**JOHN W. MITCHELL**
P.O. Box 163
Bedford, New York 10506

Office: (914) 234-6260
Cell: (917) 887-7420

lawofficejwm@gmail.com
http://mitchellnylaw.com

January 10, 2022

*[handwritten: MEMO ENDORSED]*

*[handwritten: 1/10/22*
*Case now on for*
*January 27, 2022.*
*Permission to travel to*
*Attend Conference*
*granted.]*

CM/ECF
The Honorable Colleen McMahon
United States District Judge Southern District of New York
500 Pearl Street
New York, NY 10007

*[handwritten signature: Colleen McMahon]*

### Re: *United States v. Amir Bruno Elmaani, 20 Cr. 661 (CM)*

Dear Judge McMahon:

Defense Counsel writes to respectfully request that the Court grant the Defendant, Amir Elmaani, permission to travel from his home in Martinsburg West Virginia to New York City. The purpose of the trip is to attend his scheduled court appearance at ~~2:30~~ *[handwritten: 12:00]* pm on January ~~13~~ *[handwritten: 27]*, 2022 and also to meet and confer with new counsel.

With the Court's permission, Mr. Elmaani would leave West Virginia on January ~~12~~ *[handwritten: 26]*, 2022 and return on January ~~14~~ *[handwritten: 28]*, 2022. The Government has been contacted regarding this request, and it has no objection.

The Court's consideration in this matter is greatly appreciated.

Yours truly,

*[handwritten: January 26-28]*

*[signature]*
John W. Mitchell

Via email:
AUSA Drew Skinner
AUSA Margaret Graham

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/22