

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 12, 2022

**BY CM/ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

    The Government writes to respectfully request that the Court adjourn the status conference presently scheduled for January 13, 2021, to January 27, 2021.  Defense counsel does not object to this adjournment.

    The Government requests that time be excluded through the control date under the Speedy Trial Act, 18 U.S.C. § 3161, so that the defendant may seek a new attorney and continue to review discovery.  Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

    By: ___/s Margaret Graham_____

    Drew Skinner/Margaret Graham
    Assistant United States Attorneys
    (212) 637-1587/2923