

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 12, 2022

1/12/22

Case adj to January 27, 2022
At 2:30 — time excluded in
the interest of justice.

**BY CM/ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Chief Judge McMahon:

        The Government writes to respectfully request that the Court adjourn the status conference presently scheduled for January 13, 2022, to January 27, 2022. Defense counsel does not object to this adjournment.

        The Government requests that time be excluded through the control date under the Speedy Trial Act, 18 U.S.C. § 3161, so that the defendant may seek a new attorney and continue to review discovery. Defense counsel consents to this request.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney for the
                                Southern District of New York

                        By:___/s Margaret Graham_____

                                Drew Skinner/Margaret Graham
                                Assistant United States Attorneys
                                (212) 637-1587/2923

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/22