UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

THE UNITED STATES OF AMERICA     **CASE NO.:**
    20-Cr-661

- against -

    **APPEARANCE**
    **OF COUNSEL**

**AMIR BRUNO ELMAANI**,

                                Defendant.
-------------------------------------------------------------------------------X

TO: The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **AMIR BRUNO ELMAANI.**

Dated:     New York, NY
              January 24, 2022

                                        /s/_____
                                        Todd A. Spodek
                                        Spodek Law Group, P.C.
                                        85 Broad Street, 17th Floor
                                        New York, NY 10004
                                        Mobile: (347) 292-8633
                                        Main: (212) 300-5196
                                        Fax: (212) 300-6371
                                        ts@spodeklawgroup.com

cc:     All Counsel (By ECF).