

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 1, 2022

<u>**BY ECF TO:**</u>

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE: United States v. Amir Bruno Elmaani
       Case No.: 20-cr-00661-1 (CM)
       <u>Southern District of New York</u>

Dear Judge McMahon:

  Please be advised that I represent **Amir Elmaani** in the above-referenced action. As per Your Honor's <u>January 27, 2022</u> Order the parties were to submit a joint letter proposing a motion schedule today for Your Honor's consideration.

  Due to the voluminous discovery in this matter, and the time required to review it, the parties jointly request a four (4) week adjournment to submit a proposed motion schedule to the court.

  Thank you for your consideration.

            Sincerely,

          **Spodek Law Group P.C.**
           /S/ Todd A. Spodek

TS/az
cc: All Counsel (By ECF).