

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

MEMO ENDORSED

3/2/22

OK

/s/ Colleen McMahon

March 1, 2022

**BY ECF TO:**

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:    United States v. Amir Bruno Elmaani
               Case No.: 20-cr-00661-1 (CM)
               <u>Southern District of New York</u>

Dear Judge McMahon:

      Please be advised that I represent **Amir Elmaani** in the above-referenced action. As per Your Honor's January 27, 2022 Order the parties were to submit a joint letter proposing a motion schedule today for Your Honor's consideration.

      Due to the voluminous discovery in this matter, and the time required to review it, the parties jointly request a four (4) week adjournment to submit a proposed motion schedule to the court.

      Thank you for your consideration.

                          Sincerely,

                         **Spodek Law Group P.C.**
                         /S/ Todd A. Spodek

TS/az
cc:    All Counsel (By ECF).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/22
```