

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 7, 2022

**BY ECF:**

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY10007

  Re: United States v. Amir Bruno Elmaani
     Case No.: 20-CR-00661-1 (CM)
     Southern District of New York

Dear Judge McMahon:

  Please be advised that I represent **Amir Elmaani**. As per Your Honor's March 2, 2022 order the parties are submitting a joint letter proposing the following motion schedule for Your Honor's consideration.

- Defense's pretrial motions shall be due April 29, 2022;

- The Government's Opposition shall be due May 20, 2022; and

- The Defense's Reply to the Government's opposition, should the Court grant one, shall be due May 27, 2022.

Thank you for your consideration.

         Sincerely,

        **Spodek Law Group P.C.**
         /S/ Todd A. Spodek

TS/sj
cc: All Counsel (By ECF).

---

85 Broad Street, 17th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com