

**SPODEK LAW GROUP P.C.**
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

MEMO ENDORSED

April 7, 2022

**BY ECF:**

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY10007

   Re:   United States v. Amir Bruno Elmaani
         Case No.: 20-CR-00661-1 (CM)
         Southern District of New York

Dear Judge McMahon:

   Please be advised that I represent **Amir Elmaani**. As per Your Honor's March 2, 2022 order the parties are submitting a joint letter proposing the following motion schedule for Your Honor's consideration.

- Defense's pretrial motions shall be due April 29, 2022;

- The Government's Opposition shall be due May 20, 2022; and

- The Defense's Reply to the Government's opposition, should the Court grant one, shall be due May 27, 2022.

Thank you for your consideration.

                              Sincerely,

                       **Spodek Law Group P.C.**
                          /S/ Todd A. Spodek

TS/sj
cc:   All Counsel (By ECF).

Handwritten endorsement:

4/13/22

Proposed motion schedule is fine with the Court. Matter is Adjourned to June 15, 2022 at 2pm, for decision on motions and status conference — time excluded through June 15, for the adjudication of motions, and in the interest of justice, to facilitate plea discussions.

/s/ Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/22