

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 29, 2022

**BY ECF TO:**

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> RE:   United States v. Amir Bruno Elmaani
>        Case No.: 1:20-cr-00661-1 (CM)
>        <u>Southern District of New York</u>

Dear Judge McMahon:

 Please be advised that Spodek Law Group P.C. represents **Amir Bruno Elmaani**, the Defendant in the above-referenced matter.

 As per Your Honor's <u>April 13, 2022</u> order, defense motions are due today, <u>April 29, 2022</u>. Unfortunately, my office had a COVID outbreak this week. I am respectfully requesting that the motion schedule be adjourned for two weeks.

 I conferenced my request with AUSA Margaret Graham and she has no objection.

 Thank you for your consideration.

    Sincerely,

    **Spodek Law Group P.C.**
    /S/ Todd A. Spodek

TS/az
cc:   All Counsel (By ECF).