

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

April 29, 2022

MEMO ENDORSED

5/3/22
Request to Extend
Motion schedule
Granted

/s/ Colleen McMahon

**BY ECF TO:**

Judge Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: United States v. Amir Bruno Elmaani
Case No.: 1:20-cr-00661-1 (CM)
Southern District of New York

Dear Judge McMahon:

Please be advised that Spodek Law Group P.C. represents **Amir Bruno Elmaani**, the Defendant in the above-referenced matter.

As per Your Honor's April 13, 2022 order, defense motions are due today, April 29, 2022. Unfortunately, my office had a COVID outbreak this week. I am respectfully requesting that the motion schedule be adjourned for two weeks.

I conferenced my request with AUSA Margaret Graham and she has no objection.

Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TS/az
cc: All Counsel (By ECF).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/22

85 Broad Street, 17th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com