

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

June 10, 2022

<u>BY ECF</u>:

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   RE: United States v. Amir Bruno Elmaani
      Case No.: 1:20-cr-00661-1 (CM)
      <u>First Request for Adjournment of Status Conference</u>

Dear Judge McMahon:

  Please be advised that Spodek Law Group P.C. represents **Amir Bruno Elmaani**, the Defendant in the above-referenced matter.

  We are currently scheduled to appear before Your Honor on <u>June 15, 2022,</u> at 2:00 PM for a decision on motions and a status conference. The defense has not filed any motions in this matter.

  On <u>June 15, 2022</u>, when this matter is scheduled, I am scheduled to appear in <u>United States v. Mandeep Singh</u>, for sentencing, before the Honorable Geoffrey W. Crawford in the District of Vermont, under Case No.: 5:20-cr-00098-1 (GWC).

  I am also scheduled to begin jury selection in <u>People v. Jose Santana</u>, in Bronx County Supreme Court before the Honorable Laurence E. Busching, under Ind. No.: 01784-2018 on <u>July 18, 2022</u>. The trial is expected to last at least two (2) weeks.

  Further, the Government and I are discussing a possible pretrial resolution. I respectfully request that this matter be adjourned to any date in August or September, or anytime convenient to the Court. I consent to the exlusion of time until the next court date.

  Lastly, I conferenced my request with AUSA Margaret Graham and the Government has no objection.

Hon. Colleen McMahon, *District Court Judge*
Page **2** of **2**

    Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TS/az
cc:    All Counsel (By ECF).

---

85 Broad Street, 17th Floor, NY, NY 10004 | T: (212) 300-5196 |  F: (212) 300-6371 | info@spodeklawgroup.com