

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

MEMO ENDORSED

6/14/22

Case Adjourned to Sept. 28, 2022 at 2pm. Time Excluded through Sept. 28, in the interest of justice, to facilitate plea discussions.

June 10, 2022

**BY ECF:**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    United States v. Amir Bruno Elmaani
            Case No.: 1:20-cr-00661-1 (CM)
            First Request for Adjournment of Status Conference

*/s/ Colleen McMahon*

Dear Judge McMahon:

    Please be advised that Spodek Law Group P.C. represents **Amir Bruno Elmaani**, the Defendant in the above-referenced matter.

    We are currently scheduled to appear before Your Honor on June 15, 2022, at 2:00 PM for a decision on motions and a status conference. The defense has not filed any motions in this matter.

    On June 15, 2022, when this matter is scheduled, I am scheduled to appear in United States v. Mandeep Singh, for sentencing, before the Honorable Geoffrey W. Crawford in the District of Vermont, under Case No.: 5:20-cr-00098-1 (GWC).

    I am also scheduled to begin jury selection in People v. Jose Santana, in Bronx County Supreme Court before the Honorable Laurence E. Busching, under Ind. No.: 01784-2018 on July 18, 2022. The trial is expected to last at least two (2) weeks.

    Further, the Government and I are discussing a possible pretrial resolution. I respectfully request that this matter be adjourned to any date in August or September, or anytime convenient to the Court. I consent to the exlusion of time until the next court date.

    Lastly, I conferenced my request with AUSA Margaret Graham and the Government has no objection.

---

85 Broad Street, 17th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com

Hon. Colleen McMahon, *District Court Judge*
Page **2** of **2**

    Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TS/az
cc:    All Counsel (By ECF).