```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              20 Cr. 661 (CM)

 5   AMIR ELMANNI,

 6              Defendant.
                                                Conference
 7   ------------------------------x

 8                                              New York, N.Y.
                                                September 28, 2022
 9                                              2:15 p.m.

10   Before:

11
                     HON. COLLEEN MCMAHON,
12

13                                              District Judge

14                         APPEARANCES

15   DAMIAN WILLIAMS
          United States Attorney for the
16        Southern District of New York
     BY:  MARGARET S. GRAHAM
17        DREW SKINNER
          Assistant United States Attorneys
18
     SPODEK LAW GROUP PC
19        Attorneys for Defendant
     BY:  TODD A. SPODEK
20

21   Also Present:
     Joaquin Sequeira, IRS Special Agent
22   Chris Youn, FBI Special Agent

23

24

25
```

1           (Case called)
2           THE COURT:  Appearances, please.
3           MS. GRAHAM:  Good afternoon, your Honor.  AUSAs
4   Margaret Graham and Drew Skinner for the government, joined at
5   counsel table by IRS Special Agent Joaquin Sequeira and FBI
6   Special Agent Chris Youn.
7           THE COURT:  Hi, everybody.
8           MR. SPODEK:  Good afternoon, your Honor.  Todd Spodek.
9   And to my left is Mr. Elmanni.
10          THE COURT:  Okay.  Let's have a seat, and let's have a
11  chat.
12          What is going on, folks?  What is going on?  Why can I
13  not move this case?
14          MS. GRAHAM:  Yes, your Honor.  We were last before
15  your Honor on January 27, 2022.  Since then, we set a date for
16  pretrial motions.  None were filed.
17          At this point, what we'd like to do -- and we've
18  spoken with defense counsel about this prior to the conference.
19  We're in agreement.  We would ask that your Honor set a trial
20  date for anywhere in the March to September of 2023 range.  We
21  estimate the government's case in chief would take
22  approximately two weeks.
23          THE COURT:  Two weeks?
24          MS. GRAHAM:  It's a conservative estimate, your Honor.
25  We feel that it's always best in a one- to two-week case to

1     reserve two weeks just in case.
2               THE COURT:  I feel it's always best to go low.
3               MS. GRAHAM:  Yes, your Honor.
4               THE COURT:  Okay.  Is that what's acceptable at the
5     back table?
6               MR. SPODEK:  Yes, Judge.  I've spoken with counsel,
7     and we're amenable to that schedule as well.
8               THE COURT:  Hang on a second because I don't have a
9     2023 calendar unfortunately.
10              (Pause)
11              THE COURT:  March 6 we have a two-week trial.  We need
12    to figure out religious holidays.
13              Why don't we say that we will do this trial on the
14    17th of April.
15              MR. SPODEK:  That's fine for the defense, Judge.
16              MS. GRAHAM:  One moment, your Honor.
17              (Discussion off the record)
18              MS. GRAHAM:  That's fine for the government, your
19    Honor.  Thank you.
20              THE COURT:  That's your trial date, April 17.  I
21    assume, because this is an application that is made by both
22    parties on consent, there is consent to the exclusion of time
23    until April 17?
24              MR. SPODEK:  Yes, your Honor.
25              THE COURT:  Thank you.  Then time excluded until

1  April 17.

2          So let's move backward. Now that I have this lovely
3  calendar to look at, we will have a final pretrial conference
4  in this matter on Wednesday, April 5 at 10:00, 10:00 a.m. on
5  Wednesday, April 5.

6          So the government has to make 404(b) disclosure and
7  file motions in limine by March 3. Defense motions in limine
8  are due March 10. Response to the government's motion in
9  limine and response to the defense motion by March 24. I don't
10 take replies on motions in limine. I will expect to have 3500
11 material and *Giglio* disclosed no later than March 24. And I
12 think that moves us back far enough.

13         MS. GRAHAM: Yes, your Honor. Thank you. Nothing
14 further from the government.

15         MR. SPODEK: Thank you, Judge. Nothing further.

16         THE COURT: All right. I'm glad we were able to do
17 that. So I will see you on the 5th of April.

18         MR. SPODEK: Thank you, Judge.

19         THE COURT: Thank you.

20         (Adjourned)