

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

**BY CM/ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Judge McMahon:

    The Government writes with the consent of the defendant to respectfully request that the Court adjust the pre-trial schedule in this matter. The parties request that the Government's deadline to file motions in limine and to give Rule 404(b) notice and the defendant's deadline to file motions in limine be adjourned from March 3 and March 10, respectively, to March 17, 2023. The parties would respond to each others' motions in limine by March 24, 2023. This would result in the fully briefed motions being submitted to the Court on the same date—March 24, 2023—before the April 24, 2023 trial date, as previously scheduled.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   /s _____
    Drew Skinner
    Assistant United States Attorney
    (212) 637-1587