U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

March 1, 2023

3/1/23

OK

*[signature: Colleen McMahon]*

**BY CM/ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Amir Bruno Elmaani*, 20 Cr. 661 (CM)

Dear Judge McMahon:

The Government writes with the consent of the defendant to respectfully request that the Court adjust the pre-trial schedule in this matter. The parties request that the Government's deadline to file motions in limine and to give Rule 404(b) notice and the defendant's deadline to file motions in limine be adjourned from March 3 and March 10, respectively, to March 17, 2023. The parties would respond to each others' motions in limine by March 24, 2023. This would result in the fully briefed motions being submitted to the Court on the same date—March 24, 2023—before the April 24, 2023 trial date, as previously scheduled.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s_____
Drew Skinner
Assistant United States Attorney
(212) 637-1587

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/23