

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

Todd A. Spodek, Esq.
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

MEMO ENDORSED

8/29/23

Sentencing Adj to
Oct. 31, 2023
At 11:30 AM

August 28, 2023

**BY ECF:**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

   RE:   United States v. Amir Bruno Elmaani
         Case No.: 1:20-cr-00661-1 (CM)
         First Request to Adjourn Sentencing

/s/ Colleen McMahon

Dear Judge McMahon:

   Please be advised that Spodek Law Group P.C. represents **Amir Bruno Elmaani**, the Defendant in the above-referenced matter.

   We are currently scheduled to appear before Your Honor on September 11, 2023, at 2:00 p.m. for sentencing.

   I respectfully request that the sentencing in this matter be continued for a period of four to six weeks. This adjournment will allow me to obtain the necessary materials from the defendant and finalize the defendant's sentencing memorandum.

   Lastly, I conferenced my request with AUSA Adam Hobson and the Government has no objection.

   Thank you for your consideration.

                              Sincerely,

                        **Spodek Law Group P.C.**
                           /S/ Todd A. Spodek

TS/az
cc:   All Counsel (By ECF).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/23
```

85 Broad Street, 18th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com