# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

AMIR BRUNO ELMAANI,

Defendant.

20 CR 661-01 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2023

It is hereby ordered that Amir Bruno Elmaani, the defendant, having been sentenced in

the above case to the custody of the Attorney General, is to surrender to the Attorney General by

reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00

p.m., on February 5, 2024.

_____
UNITED STATES DISTRICT JUDGE

10/31/2023

DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be

cited for contempt of court and if convicted of contempt may be punished by imprisonment or

fine or both.

_____         _____

(Attorney/Witness)                       (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel