UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

AMIR BRUNO ELMAANI,
a/k/a "Bruno Block,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

~~PROPOSED~~ ORDER OF
RESTITUTION

S1 20 Cr. 661 (CM)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Margaret Graham and Adam S. Hobson, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One and Two of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

AMIR BRUNO ELMAANI, the defendant, shall pay restitution in the total amount of $5,523,794, pursuant to 18 U.S.C. § 3663, 3663A, and 3664, to the victim of the offenses charged in Counts One and Two. The victim of the offenses charged is the Internal Revenue Service ("IRS"). Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court. Restitution is not joint and several with other defendants or with others not named herein.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/24
```

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

No later than February 5, 2024, the defendant will sell the 2022 Lexus GX 460 identified in Paragraph 79 of the Presentence Report, and shall pay the sum proceeds in an initial lump sum payment. Nothing in this Order prevents the defendant from paying toward restitution a higher amount in this initial lump sum payment.

While serving the term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly installments of not less than $25,000 on the 1st of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by the defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

Because a victim is the Internal Revenue Service ("IRS"), the Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the defendant:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

2023.2.16                                   3

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____  01/09/2024
Margaret Graham                    DATE
Adam S. Hobson
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2923/2484

AMIR BRUNO ELMAANI

By: _____  1/9/2024
Amir Bruno Elmaani                 DATE
ID vdP4GjWNgMar1Q2H29W9kHjG

By: _____  1/9/2024
Todd A. Spodek                     DATE
ID FiCDrP72D2Wr2CQNbxongvQp
85 Broad Street, 17th Floor
New York, NY 10004
(212) 300-5196

SO ORDERED:

_____      1/10/24
HONORABLE COLLEEN MCMAHON          DATE
UNITED STATES DISTRICT JUDGE

## eSignature Details

**Signer ID:**     vdP4GjWNgMar1Q2H29W9kHjG
Signed by:         Amir Bruno Elmaani
Sent to email:     amirbruno@elmaani.com
IP Address:        174.219.240.101
Signed at:         Jan 9 2024, 10:22 am EST

**Signer ID:**     FiCDrP72D2Wr2CQNbxongvQp
Signed by:         Todd Spodek
Sent to email:     ts@spodeklawgroup.com
IP Address:        172.58.231.79
Signed at:         Jan 9 2024, 10:25 am EST