

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

MEMO ENDORSED
2/1/24

*Apparently, Elmaani's designation to Loretto satellite camp has come through. The Court will give him one extra week, until February 13, 2024, to surrender.*

/s/ Colleen McMahon

February 1, 2024

**BY ECF:**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:  United States v. Amir Bruno Elmaani
Case No.: 1:20-cr-00661-1 (CM)
<u>First Request to Adjourn Surrender Date</u>

Dear Judge McMahon:

    Please be advised that I represent Amir Bruno Elmaani, the Defendant in the above-referenced matter. Mr. Elmaani is scheduled to surrender to his designated BOP Facility on Monday, February 5, 2024, at 2:00 p.m. To date, I have not received a designation.

    I respectfully request that the surrender date be extended by an additional four (4) weeks to allow the BOP to designate a facility.

    I reached out to AUSA Adam Hobson, AUSA Margaret Graham, and PTSO Josh Rothman by email but have not received a response.

    Thank you for your consideration.

Sincerely,

**Spodek Law Group P.C.**
/S/ Todd A. Spodek

TS/az
cc:  PTSO Josh Rothman (By Email).
Amir Bruno Elmaani (By Email).
All Counsel (ECF).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/24

85 Broad Street, 18th Floor, NY, NY 10004 | T: (212) 300-5196 | F: (212) 300-6371 | info@spodeklawgroup.com