

**SPODEK LAW GROUP** P.C.
Treating you like family since 1976

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2024

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 20, 2024

**BY ECF**:

MEMO ENDORSED

3/20/2024
Bond Exonerated.
So ordered.

The Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Amir Elmaani
Case No.: 20-cr-00661-001
Southern District of New York
<u>Letter Motion Seeking Release of Security and Lifting of Lien on Properties</u>

Dear Judge McMahin,

Please be advised that I represent **Amir Elmaani** in the above referenced action.

Amir Elmaani was released on a surety bond on <u>March 18, 2021</u>. As part of that bond, properties owned by <u>Stephen Bartolomeo</u> and <u>Rita Zare</u> and located at <u>1792 Needy Road, Martinsburg, West Virginia</u>, and <u>336 Switch Road, Hope Valley, Rhode Island</u> were pledged as collateral.

Mr. Elmaani was sentenced on <u>October 31, 2023</u>, and surrendered to the BOP on <u>February 13, 2024</u>. He is currently located at Loretto FCI with a release date of <u>February 14, 2027</u>. His registered number is 21374-509.

We respectfully ask that Your Honor release the security and lift the lien that is on the Rhode Island property. The Government does not object to this request.

Thank you for your time and consideration in this matter.

Sincerely,
**Spodek Law Group P.C.**
/s/ Todd A. Spodek
Todd A. Spodek

cc: All Counsel (By ECF).
Amir Elmaani (By First Class Mail).