IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA

- against -

**AMIR BRUNO ELMAANI**

Defendant.

**Criminal No.**: 1:20-CR-661

---

### [PROPOSED] ORDER FOR LIFTING OF LIEN ON PROPERTIES

The Court, having read and considered the Defense's letter motion, dated March 20, 2024, which requested the release of security and the lifting of liens on properties, and finding good cause, therefore, orders that the lien on the 336 Switch Road, Hope Valley, Rhode Island 02832 property owned by Azedine Elmaani be lifted.

**ORDERED**, that Defendant's Motion is **GRANTED**.

_____

6/20/24
Dated

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/24

1